AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
October 29, 2026
Nathan Ochsner, Clerk of Court

United States of America
v.
Nicson Euceda Romario
AKA: Nicson Romario Uceda Cabrera, Nicson Eucedo, Nicson Cabrera, Nicson Elcida, Nixson Euceda, Nickson Euceda, Nixon Euceda, Nicson Elcida, Nicson Eliceda, Nicson Euceda-Romario Euceda Romario, Nicson Euceda-Romario, and Nicson Romario Useda Cabrera
*Defendant(s)*

Case No. **3:26-mj-38**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 27th, 2026 in the county of Brazoria in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Honduras, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Pearland, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Jeremiah Jensen, Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 10/29/2026

[signature]
*Judge's signature*

City and state: Porto, Portugal ~~Galveston, Texas~~

Hon. Andrew M. Edison United States Magistrate Judge
*Printed name and title*